ACCEPTED
01-15-00594-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 4:49:17 PM
CHRISTOPHER PRINE
CLERK

NO. _____

| | | |
|---|---|---|
| **IN RE ROBINSON** | § | **IN THE FOURTEENTH** |
| **HELICOPTER COMPANY, INC.** | § | |
| | § | |
| **Original Proceeding From the** | § | **COURT OF APPEALS** |
| **11th Judicial Court of** | § | |
| **Harris County, Texas** | § | |
| **Cause No. 2014-34635** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 4:49:17 PM
CHRISTOPHER A. PRINE
Clerk

## RELATORS' MOTION FOR EMERGENCY STAY

Relators ask the Court for an emergency stay.

### I.    INTRODUCTION

1.    Relator is Robinson Helicopter Company, Inc. ("Robinson" and/or "Relator"). Real Parties in Interest are Nathan S. Ates, Individually and as Personal Representative of the Estate of Joyce A. Ates, Deceased; Sonia Ates and Nathan M. Ates (collectively "Ates"). Respondent is Honorable Mike D. Miller, presiding judge of the 11th Judicial District Court, Harris County, Texas.

2.    Robinson files its Petition for Writ of Mandamus concurrently with this Motion for Emergency Relief.

3.    Robinson attaches a certificate of compliance certifying that on July 8, 2015, it notified Respondent and Ates by electronic filing and service that a motion for temporary relief would be filed. Tex. R. App. P. 52.10(a).

1

4. On or about June 24, 2015, an Order granting Ates' motion to compel discovery of Robinson's net worth was entered by the trial court. On or about July 2, 2015, Robinson filed a Motion For Reconsideration of Order Granting Plaintiffs' Motion to Compel and Contingent Motion to Stay Pending Mandamus. On July 7, 2015, an Order denying Robinson's Motion for Reconsideration and Motion to Stay was denied. Additionally, production of the requested documents was ordered by 5:00 p.m. on July 8, 2015. On or about July 8, 2015, Robinson filed its Petition for Writ of Mandamus seeking relief from the trial court's order. In connection with its Petition for Writ of Mandamus, along with the present Motion for Emergency Stay.

5. The underlying case is presently set for its first trial setting during the two week period beginning January 4, 2016. Discovery is still ongoing. Because of the nature of the issue presented, Robinson requests a stay of the Trial Court's order compelling production of documents reflecting its net worth while this original proceeding is pending, but does not otherwise seek to stay discovery or other pre-trial aspects of this case. Robinson reserves the right to ask for further relief and seek a stay of the case in its entirety, should it appear the case is likely to be reached for trial and this original proceeding is still pending.

## II. ARGUMENT & AUTHORITIES

6. The Court may grant temporary relief pending its determination of an original proceeding. Tex. R. App. P. 52.10(b).

7. The limited emergency stay requested herein is necessary to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of the original proceeding. *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.— San Antonio 1995, orig. proceeding).

8. In order to avoid any unnecessary time and expense to all parties, Robinson respectfully requests a stay only as to the Trial Court's order compelling production of documents reflecting its net worth pending resolution of its Petition for Writ of Mandamus.

## III. PRAYER

For the foregoing reasons, Relator Robinson Helicopter Company, Inc. asks the Court for a limited emergency stay only as to the Trial Court's order compelling production of documents reflecting its net worth to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of Relator's original proceeding.

Respectfully submitted,

**COATS & EVANS, P.C.**

By: __/s/*George Andrew Coats*__
    George Andrew Coats
    State Bar No. 00783846
    E-mail: coats@texasaviationlaw.com
    Gary Linn Evans
    State Bar No. 00795338
    E-mail: evans@texasaviationlaw.com
    Carrie M. McKerley
    State Bar No. 24056625
    E-mail: mckerley@texasaviationlaw.com
    P.O. Box 130246
    The Woodlands, Texas  77393-0246
    Telephone:  (281) 367-7732
    Facsimile:  (281 367-8003

**ATTORNEYS FOR RELATORS, ROBINSON HELICOPTER COMPANY, INC.**

## CERTIFICATE OF COMPLIANCE

Under Texas Rule of Appellate Procedure 52.10(a), I certify that on July 8, 2015, I notified Real Party in Interest, through its counsel of record, via e-filing, as well as Respondent by letter e-filed with the 11th Judicial District Court of Harris County, Texas, that a motion for temporary relief had been filed.

__/s/ *George Andrew Coats*__
George Andrew Coats

4

## CERTIFICATE OF SERVICE

I certify that pursuant to Rule 21a of the Texas Rules of Civil Procedure a true and correct copy of the foregoing instrument has been delivered to all counsel of record on the 8th day of July, 2015.

Mr. Mark T. Murray                              *Via ProDoc E-Filing*
Stevenson & Murray
24 Greenway Plaza, Suite 750
Houston, Texas 77046
713-622-3223
713-622-3224 Fax
Email: mmurray@johnstevensonlaw.com

Mr. Don Swaim                                   *Via ProDoc E-Filing*
Rose Walker, LLP
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
Telephone: 214-752-8600
Facsimile: 214-752-8700
Email: dswaim@rosewalker.com

Judge Michael Gomez                             *Via ProDoc E-Filing*
129th District Court
Harris County Civil Courthouse
201 Caroline, 10th Floor
Houston, Texas 77002


                          /s/*George Andrew Coats*
                          George Andrew Coats